## UNITED STATES v. L. BAMBERGER & CO.

No. 8037.—Entered at Newark, N. J.
Entry Nos. N–1056; N–952.

(Decided August 13, 1951)

*David N. Edelstein*, Assistant Attorney General, for the plaintiff.
*Strauss & Hedges* (*Hadley S. King* of counsel) for the defendant.

JOHNSON, Judge: These appeals for reappraisement have been submitted for decision upon a stipulation of counsel for the parties hereto.

On the agreed facts I find the export value, as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are as follows:

Reappraisement 176197–A

| *Mfg. No. Senta white Dec. 15744 ¼ N. G. Hdl. St. 46 f/4* | *U. S. Dollars* |
|---|---|
| 12 Plates 10″ | $6.39 per dozen |
| 12 Plates 7⅞″ | 4.10 " " |
| 12 Plates 6⅝″ | 2.93 " " |
| 12 Coupe soup plates 7⅜″ | 5.20 " " |
| 12 Fruit saucers 5⅝″ | 2.93 " " |
| 12 Tea cups | 5.29 " " |
| 12 Tea saucers | 2.26 " " |
| 1 Casserole (2 pieces) | 3.00 each |
| 1 Sauceboat f. Std | 1.54 " |
| 1 Dish ov. 11″ | 1.35 " |
| 1 Dish ov. 14″ | 2.59 " |
| 1 Baker | 1.36 " |
| 1 Sugar 2½ (2 pieces) | .87 " |
| 1 Cream 3 | .56 " |
| | $40.37 per set packed |

*Mfg. No. Senta white Dec. 2985 ¼ MG. Hdl. St. 46/f7* — U. S. Dollars

| | |
|---|---|
| 12 Plates 10'' | $6.39 per dozen |
| 12 Plates 7⅝'' | 4.10 " " |
| 12 Plates 6⅝'' | 2.93 " " |
| 12 Coupe soup plates 7⅝'' | 5.20 " " |
| 12 Fruit saucers 5⅝'' | 2.93 " " |
| 12 Tea cups | 5.29 " " |
| 12 Tea saucers | 2.26 " " |
| 1 Casserole (2 pieces) | 3.00 each |
| 1 Sauceboat f. Std | 1.54 " |
| 1 Dish ov. 11'' | 1.35 " |
| 1 Dish ov. 14'' | 2.59 " |
| 1 Baker | 1.36 " |
| 1 Sugar 2½ (2 pieces) | .87 " |
| 1 Cream 3 | .56 " |

$40.37 per set packed

*Mfg. No. Cora Ivory body Dec. 12961 ¼ M. G. Hdl, St. 46/f7½a* — U. S. Dollars

| | |
|---|---|
| 12 Plates 10'' | $9.22 per dozen |
| 12 Plates 7⅝'' | 6.49 " " |
| 12 Plates 6⅝'' | 4.74 " " |
| 12 Coupe soup plates 7⅝'' | 7.47 " " |
| 12 Fruit saucers 5⅝'' | 4.74 " " |
| 12 Tea cups | 7.85 " " |
| 12 Tea saucers | 3.37 " " |
| 1 Casserole (2 pieces) | 4.39 each |
| 1 Sauceboat f. Std | 2.31 " |
| 1 Dish ov. 11'' | 1.75 " |
| 1 Dish ov. 14'' | 3.43 " |
| 1 Baker | 1.75 " |
| 1 Sugar 2½ (2 pieces) | 1.52 " |
| 1 Cream 3 | .79 " |

$59.82 per set packed

*Mfg. No. Senta white Dec. 15798 ¼ M. G. Hdl. St. 46/f7* — U. S. Dollars

| | |
|---|---|
| 12 Plates 10'' | $6.93 per dozen |
| 12 Plates 7⅝'' | 4.44 " " |
| 12 Plates 6⅝'' | 3.16 " " |
| 12 Coupe soup plates 7⅝'' | 5.64 " " |
| 12 Fruit saucers 5⅝'' | 3.16 " " |
| 12 Tea cups | 5.71 " " |
| 12 Tea saucers | 2.45 " " |
| 1 Casserole (2 pieces) | 3.26 each |
| 1 Sauceboat f. Std | 1.66 " |
| 1 Dish ov. 11'' | 1.41 " |
| 1 Dish ov. 14'' | 2.79 " |
| 1 Baker | 1.41 " |
| 1 Sugar 2½ (2 pieces) | .95 " |
| 1 Cream 3 | .59 " |

$43.56 per set packed

Reappraisement 179620–A

| Mfg. No. Senta white Dec. 15798 ¼ M. G. Hdl. St. 46ff7 | U. S. Dollars | |
|---|---|---|
| 12 Plates 10″ | $6.93 | per dozen |
| 12 Plates 7⅝″ | 4.44 " " |
| 12 Plates 6⅝″ | 3.16 " " |
| 12 Coupe soup plates 7⅝ | 5.64 " " |
| 12 Fruit saucers 5⅝″ | 3.16 " " |
| 12 Tea cups | 5.71 " " |
| 12 Tea saucers | 2.45 " " |
| 1 Casserole (2 pieces) | 3.26 each |
| 1 Sauceboat f. Std | 1.66 " |
| 1 Dish oval 11″ | 1.41 " |
| 1 Dish oval 14″ | 2.79 " |
| 1 Baker | 1.41 " |
| 1 Sugar 2½ (2 pieces) | .95 " |
| 1 Cream 3 | .59 " |

93 $43.56 per set packed

Judgment will be rendered accordingly.